1
2
3
4
5
6
7

JS-6

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11   VANESSA T.,                              Case No. 8:20-CV-02365 KES

12                      Plaintiff,

13         v.                                 JUDGMENT

14   KILOLO KIJAKAZI, Acting
     Commissioner of Social Security,
15
16                      Defendant.

17

18        IT IS HEREBY ADJUDGED that, for the reasons set forth in the

19   Memorandum Opinion and Order, the decision of the Acting Commissioner of the

20   Social Security Administration is affirmed and this action is dismissed with

21   prejudice.

22   DATED:  February 8, 2022

23                                        _____
24                                        KAREN E. SCOTT
                                          United States Magistrate Judge
25
26
27
28